MEMO ENDORSED

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW TOTILO, individually and on
behalf of himself and all others similarly,
situated,

    Plaintiff,    : 07-cv-10991 (LAK)

  v.

              USDS SDNY
              DOCUMENT
STEVEN F. HERBERT and      ELECTRONICALLY FILED
JAMES P. GROSS,         DOC #: _____
              DATE FILED: 1/14/08

    Defendants.

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Kenneth Elan, Esquire, dated DECEMBER 20, 2007, the undersigned will move this Court, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, permitting Deborah R. Gross, Esquire, to appear as counsel on behalf of plaintiff Matthew Totilo, *pro hac vice* for all purposes in this proceeding.

Dated: 12/20/07

Respectfully submitted,

LAW OFFICES OF KENNETH ELAN
BY:

Kenneth Elan
217 Broadway, Suite 606
New York, NY 10007
Telephone: 212-619-0261
Fax: 212-385-2707

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ