IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW TOTILO, individually and on : 
behalf of himself and all others similarly, : 
situated, : 
                                                         :     07-cv-10991 (LAK)
                  Plaintiff, : 
                                                         : 
        v. : 
                                                          : 
STEVEN F. HERBERT and : 
JAMES P. GROSS : 
                                                          : 
                  Defendants. : 

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States district Courts for the Southern and Eastern Districts of New York, I, Lisa Albert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Applicants Name:    Benjamin Lee
        Firm Name:            King & Spalding LLP
        Address:               1180 Peachtree Street, N.E.
        City/State/Zip:      Atlanta, Georgia 30309
        Phone Number:     (404) 572-4600
        Fax Number:       (404) 572-5100

Benjamin Lee is a member in good standing of the bars of the Supreme Court of Georgia; the Superior Court of Fulton County, Georgia; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Third Circuit; the United States District Court for the Northern District of Georgia; the United States District Court for the Middle District of Georgia; and the United States District Court for the District of Colorado. There is no pending disciplinary proceeding against Mr. Lee in any State or Federal court.

Dated: January 14, 2008

                                          Respectfully submitted,

                                          */s/ Lisa Albert*
                                          LISA ALBERT

                                          KING & SPALDING LLP
                                          1185 Avenue of the Americas
                                          New York, NY 10036-4003
                                          Telephone: 212-556-2100
                                          Fax: 212-556-2222

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TOTILO, individually and on behalf of himself and all others similarly, situated, | : 07-cv-10991 (LAK) |
| Plaintiff, | : AFFIDAVIT OF LISA ALBERT IN SUPPORT OF MOTION TO ADMIT COUNSEL |
| v. | : PRO HAC VICE |
| STEVEN F. HERBERT and JAMES P. GROSS | : |
| Defendants. | : |

STATE OF NEW YORK   )
                    )   SS:
COUNTY OF NEW YORK  )

Lisa Albert, being duly sworn, hereby deposes and says as follows:

1. I am an associate at King & Spalding LLP, counsel for Defendants Steven F. Herbert and James P. Gross in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Benjamin Lee, Esq. as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May of 2000. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York, and am in good standing with this Court.

3. I have been associated with Mr. Lee since 2001.

4. Mr. Lee is an associate at King & Spalding LLP in Atlanta, Georgia and a member in good standing of the bars of the Supreme Court of Georgia; the Superior Court of Fulton County, Georgia; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Third Circuit; the United States District Court for the Northern District of Georgia; the United States District Court for the Middle District of Georgia; and the United States District Court for the District of Colorado. I am attaching a true and correct copy of the Good Standing Certificate of Benjamin Lee as Exhibit A.

5. I have found Mr. Lee to be a skilled attorney. He is a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move this court for the admission of Benjamin Lee, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Benjamin Lee, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Benjamin Lee, pro hac vice, to represent Defendants in the above captioned matter, be granted.

January 14, 2008

Respectfully submitted,

_____
LISA ALBERT

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
Fax: 212-556-2222

Anne Marie Capuano
1-14-08

ANNE MARIE CAPUANO
Notary Public, State Of New York
No. 24-4923102
Qualified In Kings County
Commission Expires March 14, 20 10

# STATE BAR OF GEORGIA



*Supporting Lawyers' Service to the Public and the Justice System*

Mr. Benjamin Lee
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     12/19/2001

**Attorney Bar Number:**     443082

Today's Date:     January 10, 2008

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Judy Hill*
Official Representative of the State Bar of Georgia

HEADQUARTERS
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ▪ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ▪ (800) 330-0446
FAX (229) 382-7435

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TOTILO, individually and on behalf of himself and all others similarly, situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN F. HERBERT and<br>JAMES P. GROSS<br><br>Defendants. | 07-cv-10991 (LAK)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN NOTICE |

Upon the motion of Lisa Albert, attorney for Defendants Steven F. Herbert and James P. Gross and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

        Applicants Name:    Benjamin Lee
        Firm Name:          King & Spalding LLP
        Address:             1180 Peachtree Street, N.E.
        City/State/Zip:      Atlanta, Georgia 30309
        Phone Number:    (404) 572-4600
        Fax Number:       (404) 572-5100

is admitted to practice pro hac vice as counsel for Defendants Steven F. Herbert and James P. Gross in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.us.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

City, State: _____

                                            _____
                                            United States District Judge

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TOTILO, individually and on behalf of himself and all others similarly, situated,<br><br>            Plaintiff,<br><br>v.<br><br>STEVEN F. HERBERT and<br>JAMES P. GROSS<br><br>            Defendants. | 07-cv-10991 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that I have this day served counsel for Plaintiff with a true and correct copy of the (i) Motion to Admit Counsel Pro Hac Vice, (ii) Affidavit of Lisa Albert in Support of Motion to Admit Counsel Pro Hac Vice with attached Certificate[s] of Good Standing, (iii) Order for Admission Pro Hac Vice on Written Motion by electronic mail and by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows:

LAW OFFICES OF KENNETH ELAN
217 Broadway, Suite 606
New York, NY 10007
Telephone: 212-619-0261
Fax: 212-385-2707

LAW OFFICES BERNARD M. GROSS, P.C.
**DEBORAH R. GROSS**
**ROBERT P. FRUTKIN**
Suite 450, The Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215-561-3600
Fax: 215-561-3000

Dated: January 14, 2008

_/s/ Lisa Albert_
Lisa Albert (LA-7264)