IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW TOTILO, individually and on
behalf of himself and all others similarly,
situated,

               Plaintiff,

     v.

STEVEN F. HERBERT and
JAMES P. GROSS,

              Defendants.

**MEMO ENDORSED**

07-cv-10991 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

    **PLEASE TAKE NOTICE** that upon the annexed affirmation of Kenneth Elan, Esquire,

dated DECEMBER 20 , 2007, the undersigned will move this Court, for an Order pursuant to Rule

1.3(c) of the Local Civil Rules of this Court, permitting Robert P. Frutkin, Esquire, to appear as

counsel on behalf of plaintiff Matthew Totilo, *pro hac vice* for all purposes in this proceeding.

Dated: 12/20/07

              Respectfully submitted,

              **LAW OFFICES OF KENNETH ELAN**
              **BY:**

              **Kenneth Elan**
              217 Broadway, Suite 606
              New York, NY 10007
              Telephone: 212-619-0261
              Fax: 212-385-2707

**MEMO ENDORSED**

LEWIS A. KAPLAN, USDJ



Exhibit A /    Exhibit B