**MEMO ENDORSED**

**SCANNED**

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MATTHEW TOTILO, individually and on behalf of himself and all others similarly, situated,

        Plaintiff,

v.

STEVEN F. HERBERT and
JAMES P. GROSS

        Defendants.

07-cv-10991 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States district Courts for the Southern and Eastern Districts of New York, I, Lisa Albert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicants Name:    Benjamin Lee
    Firm Name:    King & Spalding LLP
    Address:    1180 Peachtree Street, N.E.
    City/State/Zip:    Atlanta, Georgia 30309
    Phone Number:    (404) 572-4600
    Fax Number:    (404) 572-5100

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ

Benjamin Lee is a member in good standing of the bars of the Supreme Court of Georgia; the Superior Court of Fulton County, Georgia; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Third Circuit; the United States District Court for the Northern District of Georgia; the United States District Court for the Middle District of Georgia; and the United States District Court for the District of Colorado. There is no pending disciplinary proceeding against Mr. Lee in any State or Federal court.

Dated: January 14, 2008

                                                Respectfully submitted,

                                                */s/ Lisa Albert*
                                                **LISA ALBERT**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
Fax: 212-556-2222