**MEMO ENDORSED** SCANNED

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JAN 1 8 2008
JUDGE KAPLAN'S CHAMBERS

MATTHEW TOTILO, individually and on
behalf of himself and all others similarly,
situated,

        Plaintiff,

v.

STEVEN F. HERBERT and
JAMES P. GROSS

        Defendants.

07-cv-10991 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

JAN 1 4 2008

96 025-03877

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States district Courts for the Southern and Eastern Districts of New York, I, Lisa Albert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicants Name:    Michael R. Smith
    Firm Name:    King & Spalding LLP
    Address:    1180 Peachtree Street, N.E.
    City/State/Zip:    Atlanta, Georgia 30309
    Phone Number:    (404) 572-4600
    Fax Number:    (404) 572-5100

SO ORDERED

LEWIS A. KAPLAN, USDJ

Michael R. Smith is a member in good standing of the bars of the Supreme Court of Georgia; the Superior Court of DeKalb County, Georgia; the Georgia State Court of Appeals; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Fourth Circuit; the United States District Court for the Northern District of Georgia; the United States District Court for the Southern District of Georgia; and the United

States Tax Court. There is no pending disciplinary proceeding against Mr. Smith in any State of Federal court.

Dated: January 14, 2008

                                              Respectfully submitted,

                                              LISA ALBERT (LA-7264)

                                              KING & SPALDING LLP
                                              1185 Avenue of the Americas
                                              New York, NY 10036-4003
                                              Telephone: 212-556-2100
                                              Fax: 212-556-2222