IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MATTHEW TOTILO, individually and on behalf of himself and all others similarly situated, | : : : | Case No. 07-cv-10991-LAK |
| Plaintiff | : | |
| v. | : | |
| STEVEN F. HERBERT and JAMES P. GROSS, | : : | |
| Defendants. | : | |

**NOTICE OF
DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,
FOR IMPROPER VENUE, AND FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss (Lack of Personal Jurisdiction and Improper Venue), the Memorandum of Law in Support of Defendants' Motion to Dismiss (Failure to State a Claim Upon Which Relief Can Be Granted),[1] and Declaration of Lisa Albert submitted herewith, with exhibits, and upon the Complaint herein, attorneys for the Defendants Steven F. Herbert and James P. Gross ("Defendants") will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse 500 Pearl Street, New York, NY 10007, heard on a date to be determined, for an order, under Fed. R. Civ. P. 12(b)(2), (b)(3), and (b)(6) to dismiss Plaintiff's Complaint for lack of personal jurisdiction, for improper venue, and for failure to state a claim, and for such further relief as the Court deems just and proper.

---

[1]  Defendants address the grounds for dismissal under Fed. R. Civ. P. 12(b)(2) and (b)(3) in the Memorandum of Law in Support of Defendants' Motion to Dismiss (Lack of Personal Jurisdiction and Improper Venue) and address the grounds for dismissal under Fed. R. Civ. P. 12(b)(6) in the Memorandum of Law in Support of Defendants' Motion to Dismiss (Failure to State a Claim Upon Which Relief Can Be Granted).

Dated:  February 11, 2008.

Respectfully submitted,

*/s Lisa Albert*
Lisa Albert (LA-7264)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  212-556-2100
Fax:  212-556-2222

and

Michael R. Smith *(admitted pro hac vice)*
Benjamin Lee *(admitted pro hac vice)*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-572-4600
Fax:  404-572-5100

*Attorneys for Defendants Steven F. Herbert and James P. Gross*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, this day, a true and correct copy of the foregoing NOTICE OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FOR IMPROPER VENUE, AND FOR FAILURE TO STATE A CLAIM was served by filing in the Court's CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Kenneth A. Elan                                     *elanfirm@yahoo.com*
Kenneth A. Elan, Esq
217 Broadway
New York, NY 10007

Deborah R. Gross                                  *debbie@bernardmgross.com*
Law Offices of Bernard M. Gross, P.C.
Wanamaker Building
100 Penn Square East
Suite 450
Philadelphia, PA 19107

DATED:  February 11, 2008.


                                          */s Lisa Albert*
                                          Lisa Albert (LA-7264)