IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TOTILO, individually and on behalf of himself and all others similarly situated,<br>　　　　　　Plaintiff<br>v.<br>STEVEN F. HERBERT and<br>JAMES P. GROSS,<br>　　　　　　Defendants. | Case No. 07-cv-10991-LAK |

**NOTICE OF DEFENDANTS' MOTION,
IN ALTERNATIVE TO ITS MOTION TO DISMISS, TO TRANSFER THIS CASE
TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a)**

PLEASE TAKE NOTICE that upon the Memorandum of Law and Declaration of Lisa Albert submitted herewith, with exhibits, and upon the Complaint herein, attorneys for the Defendants, Steven F. Herbert and James P. Gross ("Defendants"), will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse 500 Pearl Street, New York, NY 10007, heard on a date to be determined, for an order, in the alternative to Defendants' contemporaneously filed Motion to Dismiss, transferring this case to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interests of justice, and for such further relief as the Court deems just and proper.

Dated: February 11, 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s Lisa Albert*
　　　　　　　　　　　　　　　　　　　　Lisa Albert (LA-7264)
　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036-4003
　　　　　　　　　　　　　　　　　　　　Telephone: 212-556-2100

Fax: 212-556-2222

and

Michael R. Smith *(admitted pro hac vice)*
Benjamin Lee *(admitted pro hac vice)*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-572-4600
Fax: 404-572-5100

*Attorneys for Defendants Steven F. Herbert and James P. Gross*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, this day, a true and correct copy of the foregoing NOTICE OF DEFENDANTS' MOTION, IN ALTERNATIVE TO ITS MOTION TO DISMISS, TO TRANSFER THIS CASE TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a) was served by filing in the Court's CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Kenneth A. Elan                                                       *elanfirm@yahoo.com*
Kenneth A. Elan, Esq
217 Broadway
New York, NY 10007

Deborah R. Gross                                           *debbie@bernardmgross.com*
Law Offices of Bernard M. Gross, P.C.
Wanamaker Building
100 Penn Square East
Suite 450
Philadelphia, PA 19107


DATED: February 11, 2008.


                                                                  */s Lisa Albert*
                                                                  Lisa Albert (LA-7264)