# EXHIBIT "J"

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
**Middle District of Florida**
**Jacksonville Division**

In re: **NETBANK, INC.**                                    Case No.   07-04295-JAF
                                                                        (If Known)

Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts of all claims from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,772,498.00 | | |
| B - Personal Property | Yes | 6 | $3,974,369.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims of Schedule E) | Yes | 2 | | $62,855.94 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 16 | | $35,150,410.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| TOTAL | | 40 | $5,746,867.00 | $35,213,266.41 | |

Form B6A (10/05)

In re:  NETBANK, INC.                                    Case No.    07-04295-JAF

                                                         Chapter     11


         Debtor

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| TWO PARCELS OF REAL ESTATE: (i) NETBANK, INC., APPROXIMATELY 6.8 ACRES LOCATED ON PARKLANE ROAD, COLUMBIA, SC., AS DESCRIBED IN EXHBIT 1 HERETO; AND (ii) 7909-A PARKLANE ROAD, COLUMBIA, SC. | FEE SIMPLE | | $1,772,498.00 | None |
| | | Total: | $1,772,498.00 | |

  0   continuation sheet(s) attached

# EXHIBIT 1

<u>Parcel E (6.28 acres)</u>

Beginning at an iron pin found #5 rebar on the western right-of-way of Parklane Road at the northern property point of property now or formerly of National Healthcare, Inc. and running along the northern boundary of property now or formerly of National Healthcare, Inc. S 69° 59' 53" W for a distance of 600.00 feet to an iron pin found #5 rebar; thence turning and running along the common property line with Parcel C N 14° 49' 32" W for a distance of 97.16 feet to an iron pin set; thence turning and continuing along the common boundary with Parcel C S 75° 45' 23" W for a distance of 50.02 feet to an iron pin set; thence turning and running along the common boundary with Parcel A N 11° 40' 33" W for a distance of 89.41 feet to an iron pin set; thence turning and running along the common property boundary with Parcel D N 03° 08' 19" E for a distance of 244.03 feet to an iron pin set; thence turning and continuing along the common boundary with Parcel D N 52° 33' 29" E for a distance of 179.16 feet to an iron pin set; thence turning and continuing along the property boundary of Parcel D N 74° 04' 54" E for a distance of 392.17 feet to an "X" chiseled in a concrete drive on the western right-of-way of Parklane Road; thence turning and running along the western right-of-way of Parklane Road S 15° 55' 06" E for a distance of 37.96 feet to a point; thence continuing along the right-of-way of Parklane Road S 16° 08' 34" E for a distance of 354.22 feet to an iron pin found #5 rebar; thence continuing along the right-of-way of Parklane Road S 16° 00' 10" E for a distance of 50.12 feet to an iron pin found #5 rebar, being the point and place of beginning, be all measurements a little more or less.

COLUMBIA 1953443

Form B6B (10/05)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child".

| | TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WACHOVIA BANK - CHECKING ACCOUNT ACCT.#2000034706886 | | $3,429,806.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | ALL COMPUTER EQUIPMENT LEASED FROM HEWLETT-PACKARD | | Unknown |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

<u>5</u>  continuation sheet(s) attached

In re:  **NETBANK, INC.**                    Case No.   07-04295-JAF

                                            Chapter    11

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AMERICAN BANKERS INSURANCE OF FLORIDA FLOOD INSURANCE FOR PERIOD 9/9/07 - 9/9/08; POLICY #1011183998 | | Unknown |
| | | AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY COMMERCIAL UMBRELLA LIABILITY POLICY FOR PERIOD 6/1/07 - 6/1/08; PLOICY #AUC 913799701 3475 PIEDMONT, N.E., SUITE 1200 ATLANTA, GA 30305-2988 | | Unknown |
| | | LIBERTY MUTUAL FIRE INSURANCE COMMERCIAL AUTO LIABILITY INSURANCE FOR PERIOD 6/1/07 - 6/1/08; POLICY #AS2-151-280714-047. 175 BERKELEY STREET BOSTON, MA 02117 | | Unknown |
| | | LIBERTY MUTUAL FIRE INSURANCE COMPANY COMMERCIAL PROPERTY INSURANCE FOR PERIOD 6/1/07 - 6/1/08; POLICY #YV2-K5L-280714-056 175 BERKELEY STREET BOSTON, MA 02117 | | Unknown |
| | | LIBERTY MUTUAL INSURANCE COMPANY COMPENSATION AND EMPLOYERS LIABILITY POLICY FOR PERIOD 1/1/07 - 1/1/08; POLICY#WA6-15D-280714-017 175 BERKELEY STREET BOSTON, MA 02117 | | Unknown |
| | | LIBERTY MUTUAL INSURANCE COMPANY COMMERCIAL GENERAL LIABILITY FOR PERIOD 6/1/07 - 6/1/08; POLICY#TB2-151-280714-037 175 BERKELEY STREET BOSTON, MA 02117 | | Unknown |
| | | LLOYDS/PROPERTY PRACTICE FINANCIAL INSTITUTION BOND AND ELECTRONIC AND COMPUTER CRIME, BANKERS PROFESSIONAL LIABILITY, D&O LIABILITY INSURANCE AND FIDUCIARY LIABILITY INSURANCE; POLICY#509/QA41306 615 CRESCENT EXECUTIVE COURT, SUITE 300 LAKE MARY, FL 32746 | | Unknown |
| | | MARSH USA, INC. MARSH LTD.(LLOYDS) ALL RISK INSURANCE FOR PERIOD 10/1/06 TO 10/1/07; POLICY #QR 031306 (CHECK, DRAFT, ETC.) 615 CRESCENT EXECUTIVE COURT, SUITE 300 LAKE MARY, FL 32746 | | Unknown |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sheet no. ___1___ of ___5___ continuation
sheets attached to Schedule of Personal Property

In re:  NETBANK, INC.

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | MG REINSURANCE COMPANY PMI INSURANCE 76 S. PAUL STREET, SUITE 500 BURLINGTON, VT 05401-4477 (REGISTERED AGENT) | | Unknown |
| | | N B PARTNERS BUSINESS DEVELOPMENT 1015 WINDWARD RIDGE PARKWAY ALPHARETTA, GA 30005 | | Unknown |
| | | NBI TRUST I C/O: WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET-RODNEY SQ. NO. WILMINGTON, DE 19890 | | Unknown |
| | | NBI TRUST II C/O: WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET-RODNEY SQ. NO. WILMINGTON, DE 19890 | | Unknown |
| | | NBI TRUST III C/O: WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET-RODNEY SQ. NO. WILMINGTON, DE 19890 | | Unknown |
| | | NBI TRUST IV C/O: WELLS FARGO DELAWARE TRUST COMPANY 919 N. MARKET STREET, 7TH FLOOR WILMINGTON, DE 19801 | | Unknown |
| | | NETBANK, FSB FEDERAL SAVINGS BANK 1015 WINDWARD RIDGE PARKWAY ALPHARETTA, GA 3005 | | Unknown |

Sheet no. ___2___ of ___5___ continuation
sheets attached to Schedule of Personal Property

In re:  **NETBANK, INC.**             Case No.     07-04295-JAF

                                                  Chapter     11

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | NETINSURANCE, INC.<br>INSURANCE AGENCY<br>9710 TWO NOTCH ROAD<br>COLUMBIA, SC 29223 | | Unknown |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | INTERCOMPANY RECEIVABLES | | Unknown |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | ATTORNEYS' FEES<br>NETBANK, INC. v. DOUGLAS & JULIE MITTLEIDER<br>CIVIL ACTION CASE # 05 CV 45477<br>PENDING IN THE SUP. COURT OF GORDON COUNTY<br>STATE OF GEORGIA<br>1015 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA 30005 | | Unknown |

Sheet no.  __3__  of  __5__  continuation
sheets attached to Schedule of Personal Property

In re:  **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | EVERBANK 501 RIVERSIDE AVENUE JACKSONVILLE, FL 32202 | | Unknown |
| | | FEDERAL INCOME TAX | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | REGISTERED DOMAIN NAMES | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FURNITURE, FIXTURES, EQUIPMENT, SOFTWARE | | $544,563.00 |

Sheet no.  __4__  of  __5__  continuation
sheets attached to Schedule of Personal Property

In re: NETBANK, INC.                                  Case No.    07-04295-JAF

                                                     Chapter    11

Debtor

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total    ⇨ | $3,974,369.00 |

Sheet no. __5__ of __5__ continuation
sheets attached to Schedule of Personal Property

Official Form 6D (10/06)

In re: **NETBANK, INC.**

**Case No.**   07-04295-JAF

**Chapter**   11

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>COUNTRYWIDE HOME LOAN<br>8511 FALLBROOK AVENUE, M/S WH-51G<br>WEST HILLS, CA 91304 | | | Date Incurred:<br>Nature of Lien:<br><br>VALUE: $0.00 | X | X | | Amount Unknown | Unknown |
| Account No:<br>CS FIRST BOSTON MORTGAGE CAPITAL LLC<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 | | | Date Incurred:<br>Nature of Lien:<br><br>VALUE: $0.00 | X | X | | Amount Unknown | Unknown |
| Account No:<br>FEDERAL HOME LOAN BANK OF ATLANTA<br>1475 PEACHTREE STREET, NE<br>ATLANTA, GA 30309 | | | Date Incurred:<br>Nature of Lien:<br><br>VALUE: $0.00 | X | X | | Amount Unknown | Unknown |
| Account No:<br>JP MORGAN CHASE, NATIONAL ASSOCIATION<br>PO BOX 2558<br>1111 FANNIN TX2-F135<br>HOUSTON, TX 77252-2558 | | | Date Incurred:<br>Nature of Lien:<br><br>VALUE: $0.00 | X | X | | Amount Unknown | Unknown |
| | | | | | | | | |
| | | | | | | | | |
| | | | (Total of this page) Subtotal ⇨ | | | | $0.00 | |
| _0_ continuation sheet(s) attached | | | (Use only on last page) Total ⇨ | | | | $0.00 | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Official Form 6E (04/07)

In re: **NETBANK, INC,**

Case No.      07-04295-JAF

Chapter      11

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITIES** (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  1  </u>    continuation sheet(s) attached

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE  E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Employee benefit plans

TYPE OF PRIORITY FOR CLAIMS LISTED ON THIS SHEET

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No: BCBS OF SOUTH CAROLINA I-20 EAST AT ALPINE ROAD COLUMBIA, SC  29219 | | | Date Incurred: Consideration for Claim: CONTRIBUTION TO EMPLOYEE PLAN | X | X | X | $62,855.94 | $0.00 | $62,855.94 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ⇨ (Totals of this page) | $62,855.94 | $0.00 | $62,855.94 |
| Total ⇨ (Use only on the last page of the completed Schedule E. Report also on the Summary of Schedules.) | $62,855.94 | | |
| Totals ⇨ (Use only on the last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $62,855.94 |

Official Form 6F (10/06)

In re:  **NETBANK, INC.**

Case No.   07-04295-JAF

Chapter    11

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>ADAMS, EULA L.<br>9194 E. VASSER AVENUE<br>DENVER, CO  80231 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>ADCOCK, JOHNNY<br>C/O: ANDERSEN TATE, ET AL.<br>1505 LAKES PARKWAY, SUITE 100<br>LAWRENCEVILLE, GA  30043 | | | Date Incurred:<br>Consideration for Claim:<br>HOLDS SUBORDINATE CLAIM UNDER SECTION 510(B) | X | X | X | Amount Unknown |
| Account No:<br>ALLSTATE APPRAISAL LP<br>C/O: GERALD R. SLUTSKY<br>2531 QUEENS WAY<br>NORTHBROOK, IL  60062 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>AST STOCK PLAN, INC.<br>333 WEST 34TH STREET<br>NEW YORK, NY  10001 | | | Date Incurred:<br>Consideration for Claim:<br>ADMINSTRATOR OF ESOP PLAN | | | | Amount Unknown |
| Account No:<br>ATT<br>PO BOX 2840<br>OMAHA, NE  68103-2830 | | | Date Incurred:<br>Consideration for Claim:<br>TELECONFERENCE | | | | $93.00 |
| Account No:<br>BCBS OF SOUTH CAROLINA<br>I-20 EAST AT ALPINE ROAD<br>COLUMBIA, SC  29219 | | | Date Incurred:<br>Consideration for Claim:<br>FEES FOR EMPLOYEE PLAN | | X | | Amount Unknown |

|  |  |
|---|---|
| (Total of this page)   Subtotal ⇨ | $93.00 |
| Total ⇨ | N/A |

17  continuation sheet(s) attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>BELLOWS, JOYCE R.<br>12935 LONGVIEW CIRCLE<br>JACKSONVILLE, FL 32223 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | X | X | | Amount Unknown |
| Account No:<br>BOSCH, WILLIAM<br>1400 HILLARY COVE TERRACE<br>LAWRENCEVILLE, GA 30043 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | X | X | | Amount Unknown |
| Account No:<br>BRAUCH, THEODORE<br>24541 INDIAN MIDDEN WAY<br>PONTE VEDRA BEACH, FL 32082 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $40,385.00 |
| Account No:<br>BRAUCH, THEODORE<br>24541 INDIAN MIDDEN WAY<br>PONTE VEDRA BEACH, FL 32082 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | X | X | | Amount Unknown |
| Account No:<br>BROWN, LISA A.<br>332 GARRISON CIRCLE<br>PORT BARRINGTON, IL 60010 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $5,834.65 |
| Account No:<br>BURDSALL, RUSSELL L.<br>13102 WEXFORD HOLLOW ROAD NORTH<br>JACKSONVILLE, FL 32224 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $57,692.00 |
| Account No:<br>BURDSALL, RUSSELL L.<br>13102 WEXFORD HOLLOW ROAD NORTH<br>JACKSONVILLE, FL 32224 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | X | X | | Amount Unknown |

|  | (Total of this page) Subtotal ⇨ | $103,911.65 |
|---|---|---|
|  | Total ⇨ | N/A |

Sheet no. __1__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: NETBANK, INC.

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: CABLE, STUART M. 293 FULLER STREET WEST NEWTON, MA 02465 | | | Date Incurred: Consideration for Claim: INSURANCE BENEFITS | X | X | X | Amount Unknown |
| Account No: CALLAHAM, CYNTHIA G. 205 LAKE CAROLINA BLVD. COLUMBIA, SC 29229 | | | Date Incurred: Consideration for Claim: DEFERRED COMPENSATION | | | X | $10,921.59 |
| Account No: CALLAHAM, CYNTHIA G. 205 LAKE CAROLINA BLVD. COLUMBIA, SC 29229 | | | Date Incurred: Consideration for Claim: CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No: CARROLL, BARRY W. 85 GRANDIFLORIUM ECLECTIC, AL 36024 | | | Date Incurred: Consideration for Claim: DEFERRED COMPENSATION | | | X | $141,682.57 |
| Account No: CARTER, ANGELA PO BOX 362168 DECATUR, GA 30036 | | | Date Incurred: Consideration for Claim: PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No: CHIOU, STEVEN 2720 MARK TWAIN COURT ARLINGTON, TX 76006 | | | Date Incurred: Consideration for Claim: EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No: CLEMENTS, STEPHEN K. 4443 WINTHROP AVENUE COLUMBIA, SC 29206 | | | Date Incurred: Consideration for Claim: AMENDED & RESTATED EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |

(Total of this page) Subtotal ⇨ $152,604.16

Total ⇨ N/A

Sheet no. __2__ of __17__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: NETBANK, INC.                                    Case No.    07-04295-JAF
                                                        Chapter    11

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>CT CORPORATION SYSTEM<br>PO BOX 4349<br>CAROL STREAM, IL  60197-4349 | | | Date Incurred:<br>Consideration for Claim:<br>SERVICE OF PROCESS | | | | $9,451.52 |
| Account No:<br>DEVANEY, JOSEPH J.<br>217 TRAPPER TRACE COURT<br>JACKSONVILLE, FL  32259 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>DIJ MORTGAGE CAPITAL, INC.<br>C/O: FLAMM, BOROFF & BACINE, P.C.<br>4905 WEST TILGHMAN STREET<br>ALLENTOWN, PA  18104 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>DUCHNOWSKI, DANIEL<br>1029 BARRINGTON LANDING COURT<br>ROSWELL, GA  30076 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>EARLEY, DANIEL K.<br>144 GRANDBURY LANE<br>COLUMBIA, SC  29229 | | | Date Incurred:<br>Consideration for Claim:<br>AMENDED & RESTATED EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>EVANS, PATRICIA A.<br>1729 CRESTWOOD DRIVE<br>COLUMBIA, SC  29205 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>EVERBANK<br>CORPORATE HEADQUARTERS<br>501 RIVERSIDE AVENUE<br>JACKSONVILLE, FL  32202 | X | | Date Incurred:<br>Consideration for Claim:<br>INDEMNIFICATION | | X | X | Amount Unknown |

Sheet no.  3  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⇨         $9,451.52

Total ⇨         N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>FDIC (MARK S. SCHMIDT)<br>REGIONAL DIRECTOR<br>TENTH STREET, N.E., SUITE 800<br>ATLANTA, GA 30309-3906 | | | Date Incurred:<br>Consideration for Claim: | X | X | X | Amount Unknown |
| Account No:<br>FLEET MARITIME, INC.<br>C/O OZ MANAGEMENT LLC<br>9 WEST 57TH STREET, 13TH FL.<br>NEW YORK, NY 10019 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>FREEMAN, DOUGLAS K.<br>4934 MORVEN ROAD<br>JACKSONVILLE, FL 32210 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>GALLOWAY, DWIGHT<br>123 WALNUT LANE<br>COLUMBIA, SC 29212 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $2,245.98 |
| Account No:<br>GALLOWAY, DWIGHT<br>123 WALNUT LANE<br>COLUMBIA, SC 29212 | | | Date Incurred:<br>Consideration for Claim:<br>AMENDED & RESTATED EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>GAVIN, DANIEL P.<br>277 GOVERNORS GRANT BLVD.<br>LEXINGTON, SC 29072 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>GIAGIARI, JOHN C.<br>C/O: MOZLEY FINLAYSON & LOGGINS LLP<br>5606 GLENRIDGE DR., SUITE 900<br>ATLANTA, GA 30342 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |

Sheet no. _4_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⇨   $2,245.98

Total ⇨   N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>GIAGIARI, JOHN C.<br>160 BRIAR PLACE<br>DANVILLE, CA 94526 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>GIANNONE, BRIAN<br>330 ANGELO LANE<br>COCOA BEACH, FL 32931 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $18,579.35 |
| Account No:<br>GILMORE STREET INVESTORS LTD<br>751 OAK STREET<br>SUITE 600<br>JACKSONVILLE, FL 32204 | | | Date Incurred:<br>Consideration for Claim:<br>RENT | | | | $2,868.55 |
| Account No:<br>GLOBAL MARKETS REALTY CORP.<br>C/O: WILLIS & WILLIS CO., LP<br>670 WEST MARKET STREET<br>AKRON, OH 44303 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>GPC <VII, LLC<br>C/O: OZ MANAGEMENT, LLC<br>9 WEST 57TH STREET, 13TH FLOOR<br>NEW YORK, NY 10019 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>GROSS, JAMES P.<br>59 MALLET HILL ROAD<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>GROSS, JAMES P.<br>59 MALLET HILL ROAD<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $61,538.00 |

(Total of this page)    Subtotal ⇨    $82,985.90

Total ⇨    N/A

Sheet no. __5__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>GROSS, JAMES P.<br>59 MALLET HILL ROAD<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>HART, PATRICIA M.<br>512 EAST SURFSPRAY LANE<br>PONTE VEDRA BEACH, FL 32082 | | | Date Incurred:<br>Consideration for Claim:<br>AMENDED & RESTATED EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>HEARD, J. STEPHEN<br>1000 BROOKSIDE DRIVE<br>ROSWELL, GA 30076 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>HEIGHTS CAP MANAGEMENT<br>CAPITAL VENTURES INTERNATIONAL<br>101 CALIFORNIA ST., SUITE 3250<br>SAN FRANCISCO, CA 94111 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>HERBERT, STEVEN F.<br>342 AMSTAR ROAD<br>COLUMBIA, SC 29212 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>HERBERT, STEVEN F.<br>342 AMSTAR ROAD<br>COLUMBIA, SC 29212 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>HETHCOX, ALBERT H.<br>111 MOSSY LANE<br>COLUMBIA, SC 29045 | | | Date Incurred:<br>Consideration for Claim:<br>AMENDED & RESTATED EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |

Sheet no. __6__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)    Subtotal ⇨    $0.00

Total ⇨    N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: NETBANK, INC.

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>HUTCHENS, BOBBY D.<br>C/O: PHILLIP M. WHITEHEAD<br>111 SOUTH MAIN STREET<br>BOONEVILLE, MS 38829 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>IRISAWA, JAMES C.<br>6891 S. NETHERLAND WAY<br>AURORA, CO 80016 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $22,792.34 |
| Account No:<br>JACKSON, DAVID B.<br>4327 SILVERWOOD DRIVE<br>HOUSTON, TX 77035 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $10,871.41 |
| Account No:<br>JMP ASSET MANAGEMENT<br>HARVEST OPPORTUNITY PARTNERS II, LP<br>600 MONRGOMERY ST., SUITE 1100<br>SAN FRANCISCO, CA 94111 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | X | | | Amount Unknown |
| Account No:<br>JMP ASSET MANAGEMENT<br>HARVEST OPP. PARTNERS II QUALIFIED, LP<br>600 MONTGOMERY ST., SUITE 1100<br>SAN FRANCISCO, CA 94111 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | X | | | Amount Unknown |
| Account No:<br>JMP ASSET MANAGEMENT<br>HARVEST OPP. PARTNERS OFFSHORE FUND<br>600 MONTGOMERY ST., SUITE 1100<br>SAN FRANCISCO, CA 94111 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | X | | | Amount Unknown |
| Account No:<br>JOHNSON, Jr., DAVID W.<br>300 HARWELL DRIVE<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |

(Total of this page)  Subtotal ⇨ $33,663.75

Total ⇨ N/A

Sheet no. ___7___ of ___17___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>JOHNSON, RANDALL C.<br>4518 WOODMERE ROAD<br>TAMPA, FL 33609 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>KOSICH, LINDA M.<br>119 N. SCHOOL LANE<br>LANCASTER, PA 17603 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $227,380.49 |
| Account No:<br>LEHMAN BROTHERS HOLDINGS/LEHMAN CAP<br>C/O: McTURNAN & TURNER<br>2400 MARKET TOWER 10 - W. MARKET STREET<br>INDIANAPOLIS, IN 46204 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>LEHMAN BROTHERS HOLDINGS/LEHMAN CAP<br>C/O: NEAL GERBER EISENBERG<br>TWO NORTH LaSALLE STREET<br>CHICAGO, IL 60602-3801 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>LEHMAN BROTHERS HOLDINGS/LEHMAN CAP<br>C/O: JONES DAY<br>NORTH POINT 901 LAKESIDE AVENUE<br>CLEVELAND, OH 44114 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>LEWIS, DIXIE M.<br>C/O: WILLIAM S. VINCENT, JR.<br>2018 PRYTANIA STREET<br>NEW ORLEANS, LA 70130 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>LIBERTY MUTUAL INS. COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02117 | X | | Date Incurred:<br>Consideration for Claim:<br>GUARANTY OF CIVIL SUPERSEDEAS BOND #354-021-4 | X | X | | Amount Unknown |

| | | |
|---|---|---|
| (Total of this page)   Subtotal ⇨ | | $227,380.49 |
| Total ⇨ | | N/A |

Sheet no. __8__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>MADDEN, RONALD<br>3084 BROOKGREEN TRAIL<br>LAWRENCEVILLE, GA  30043 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $13,235.53 |
| Account No:<br>MADDEN, RONALD<br>3084 BROOKGREEN TRAIL<br>LAWRENCEVILLE, GA  30043 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>MAPSON, CHARLES E.<br>908 PARK FOREST LANE<br>JACKSONVILLE, FL  32211 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $47,976.87 |
| Account No:<br>MAPSON, CHARLES E.<br>908 PARKFOREST LANE<br>JACKSONVILLE, FL  32211 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>MAXWELL, LAUREN<br>2059 TRACE CENTER WAY<br>NAPLES, FL  34109 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $438,497.76 |
| Account No:<br>McCANTS, THOMAS R.<br>309 MOORING LANE<br>LEXINGTON, SC  29072 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $4.52 |
| Account No:<br>McCOY, JERALD W.<br>4429 N. SWILCAN BRIDGE LANE<br>JACKSONVILLE, FL  32224 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $2.92 |

Sheet no.  9  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⇨   $499,717.60

Total ⇨   N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: <br> McCOY, JERALD W. <br> 4429 SWILCAN BRIDGE LANE NORTH <br> JACKSONVILLE, FL 32224 | | | Date Incurred: <br> Consideration for Claim: <br> EMPLOYMENT AGREEMENT | X | X | | Amount Unknown |
| Account No: <br> McDONALD, WILSON W. <br> LIME FINANCIAL SERVICES <br> 5885 S.W. MEADOWS ROAD, SUITE 600 <br> LAKE OSWEGO, OR 97035 | X | | Date Incurred: <br> Consideration for Claim: <br> INDEMNIFICATION | X | X | | Amount Unknown |
| Account No: <br> MERRILL COMMUNICATIONS LLC <br> CM-9638 <br> ST. PAUL, MN 55170-9638 | | | Date Incurred: <br> Consideration for Claim: <br> LEGAL SERVICES | | | | $635.00 |
| Account No: <br> MILLER, DONNA M. <br> 16 ALLARD CIRCLE <br> ASHLAND, MA 01721 | | | Date Incurred: <br> Consideration for Claim: <br> CHANGE IN CONTROL AGREEMENT | X | X | | Amount Unknown |
| Account No: *0873 <br> MINNESOTA DEPT. OF REVENUE <br> WITHHOLDING DIV. <br> MAIL STATION 6501 <br> ST. PAUL, MN 55146 | | | Date Incurred: <br> Consideration for Claim: <br> TAXES | | | X | $18,496.33 |
| Account No: <br> MITTLEIDER, JULIE D. AND DOUGLAS K. <br> C/O WAYCASTER MORRIS & DEAN <br> 130 W. KING STREET <br> DALTON, GA 30720 | | | Date Incurred: <br> Consideration for Claim: <br> PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No: <br> MITTLEIDER, JULIE D. AND DOUGLAS K. <br> C/O PENDERGAST & JONES, PC <br> 115 PERIMETER CENTER PL. SO., STE.1000 <br> ATLANTA, GA 30346 | | | Date Incurred: <br> Consideration for Claim: <br> PENDING LITIGATION | X | X | X | Amount Unknown |

Sheet no. __10__ of __17__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)    Subtotal ⇒    $19,131.33

Total ⇒    N/A

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**                                                  Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>MORRIS, ANGELA L.<br>416 SAINT JOHNS GOLF<br>ST. AUGUSTINE, FL 39092 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $4.81 |
| Account No:<br>MULLER, Jr. THOMAS H.<br>2903 WYNGATE, NW<br>ATLANTA, GA 30305 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>MUNCH, RICHARD A.<br>12814 GREAT OAK LANE<br>CLIFTON, VA 22024 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $56,346.46 |
| Account No:<br>NB1 TRUSTI<br>C/O: WILMINGTON TRUST COMPANY<br>1100 NORTH MARKET STREET- RODNEY SQ. NO<br>WILMINGTON, DE 19890 | | | Date Incurred:<br>Consideration for Claim:<br>TRUST PREFERRED(CONTRACTUALLY SUBORDINATED) | | | | $4,382,000.00 |
| Account No:<br>NB1 TRUSTII<br>C/O: WILMINGTON TRUST COMPANY<br>1100 NORTH MARKET STREET- RODNEY SQ. NO<br>WILMINGTON, DE 19890 | | | Date Incurred:<br>Consideration for Claim:<br>TRUST PREFERRED(CONTRACTUALLY SUBORDINATED) | | | | $4,382,000.00 |
| Account No:<br>NB1 TRUSTIII<br>C/O: WILMINGTON TRUST COMPANY<br>1100 NORTH MARKET STREET- RODNEY SQ. NO<br>WILMINGTON, DE 19890 | | | Date Incurred:<br>Consideration for Claim:<br>TRUST PREFERRED(CONTRACTUALLY SUBORDINATED) | | | | $3,093,000.00 |
| Account No:<br>NB1 TRUSTIV<br>C/O: WELLS FARGO DELAWARE TRUST CO.<br>919 N. MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | | | Date Incurred:<br>Consideration for Claim:<br>TRUST PREFERRED(CONTRACTUALLY SUBORDINATED) | | | | $20,620,000.00 |

Sheet no. __11__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⊏⊐    $32,533,351.27

Total ⊏⊐    N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: NETBANK, INC.                                    Case No.    07-04295-JAF
                                                        Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>NEW BEACON, LLC<br>C/O THOMPSON, O'BRIEN, ET AL.<br>40 TECHNOLOGY PRKY, SO., STE.300<br>NORCROSS, GA 30092 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>OFFICE OF THRIFT SUPERVISION (OTS)<br>1475 PEACHTREE STREET, N.E.<br>P.O. BOX 105217<br>ATLANTA, GA 30348-5217 | | | Date Incurred:<br>Consideration for Claim: | X | X | X | Amount Unknown |
| Account No:<br>OZ GLOBAL SPEC. INV. MASTER FUND, LP<br>C/O: OZ MANAGEMENT, LLC.<br>9 WEST 57TH STREET, 13TH FLOOR<br>NEW YORK, NY 10019 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>OZ MASTER FUND, LTD.<br>C/O: OZ MANAGEMENT LLC.<br>9 WEST 57TH STREET, 13TH FLOOR<br>NEW YORK, NY 10019 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>PAR CAPITAL MANAGEMENT<br>C/O: PAR INVESTMENT PARTNERS, LP<br>ONE INTERNATIONAL PLACE, SUITE 2401<br>BOSTON, MA 02110 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>PAYMENT ALLIANCE INTERNATIONAL<br>11857 COMMONWEALTH DRIVE<br>LOUISVILLE, KY 40299-2310 | X | | Date Incurred:<br>Consideration for Claim:<br>INDEMNIFICATION | X | X | | Amount Unknown |
| Account No:<br>PRINCETON RETIREMENT GROUP<br>400 COLONY SQUARE, SUITE 2200<br>1201 PEACHTREE STREET, NE<br>ATLANTA, GA 30361 | | | Date Incurred:<br>Consideration for Claim:<br>ADMINISTRATOR OF NON-QUALIFIED BENEFIT PLAN | | | X | $1,237,570.32 |

Sheet no. __12__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page) Subtotal ⇨    $1,237,570.32
Total ⇨    N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>RAXTER, JEREMY S.<br>248 WALDEN PLACE CIRCLE<br>ELGIN, SC 29045 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>REGISTER, CHIP S.<br>208 WHITE BIRCH CIRCLE<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $24,696.29 |
| Account No:<br>REGISTER, CHIP S.<br>208 WHITE BIRCH CIRCLE<br>COLUMBIA, SC 29223 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>RHP MASTER FUND, LTD.<br>ROCKHILL INVESTMENT MANAGEMENT, LP<br>3 BALA PLAZA EAST, SUITE 585<br>BALA CYNWYRD, PA 19004 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>RICHARDSON, CHARLES<br>2526 SIMMS BLVD.<br>TAMPA, FL 33609 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $213,694.30 |
| Account No:<br>RIDDELL, DAVID D.<br>2401 YOSEMITE PARK<br>YUKON, OK 73099 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $2,797.77 |
| Account No:<br>RILEY, DERRICK, PRO SE<br>108 W. 117TH STREET<br>CHICAGO, IL 60628 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |

Sheet no. _13_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Total of this page)    Subtotal ⇨    $241,188.36

Total ⇨    N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**                                    Case No.    07-04295-JAF

                                                            Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: <br> ROSS, WILLIAM M. <br> 2701 FOREST CIRCLE <br> JACKSONVILLE, FL 32257 | | | Date Incurred: <br> Consideration for Claim: <br> DEFERRED COMPENSATION | | | X | $1.63 |
| Account No: <br> ROSS, WILLIAM M. <br> 2701 FOREST CIRCLE <br> JACKSONVILLE, FL 32257 | | | Date Incurred: <br> Consideration for Claim: <br> EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No: <br> ROTH, YOAV <br> HUDSON BAY OVERSEAS FUND, LTD. <br> 120 BROADWAY, 40TH FLOOR <br> NEW YORK, NY 10271 | | | Date Incurred: <br> Consideration for Claim: <br> STOCK PURCHASE | | X | | Amount Unknown |
| Account No: <br> ROTH, YOAV <br> HUDSON BAY FUND, LP. <br> 120 BROADWAY, 40TH FLOOR <br> NEW YORK, NY 10271 | | | Date Incurred: <br> Consideration for Claim: <br> STOCK PURCHASE | | X | | Amount Unknown |
| Account No: <br> SEILER, TRAVIS <br> 1075 PEACHTREE WALK, NE, UNIT A213 <br> ATLANTA, GA 30309 | | | Date Incurred: <br> Consideration for Claim: <br> EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No: <br> SHAREHOLDER.COM <br> 12 CLOCK TOWER PLACE <br> MAYNARD, MA 01754 | | | Date Incurred:  12/11/06 <br> Consideration for Claim: <br> SUBSCRIBER AGREEMENT(WEB DESIGN AND HOSTING) | X | X | | Amount Unknown |
| Account No: <br> SHEPHERD, MATTHEW <br> 2646 HAWTHORNE PLACE <br> ATLANTA, GA 30345 | | | Date Incurred: <br> Consideration for Claim: <br> CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |

Sheet no. __14__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⇨    $1.63

Total ⇨    N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>SILVERMAN, JOSHUA<br>IROQUIOS MASTER FUND, LTD.<br>641 LEXINGTON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | | Date Incurred:<br>Consideration for Claim:<br>STOCK PURCHASE | | X | | Amount Unknown |
| Account No:<br>SMALL, CHARLES I.<br>1015 WINDWARD RIDGE PKWY<br>P.O. BOX 11453<br>COLUMBIA, SC 29211-1145 | | | Date Incurred:  5/10/05<br>Consideration for Claim:<br>GUARANTY OF REAL PROPERTY LEASE OF SUBSIDIARY | X | X | | Amount Unknown |
| Account No:<br>SMITH, III, JOEL A.<br>120 EDISTO AVENUE<br>COLUMBIA, SC 29205 | | | Date Incurred:<br>Consideration for Claim:<br>INSURANCE BENEFITS | | X | X | Amount Unknown |
| Account No:<br>SMITH, NICOLE R.<br>14802 HICKORY POST COURT<br>CENTREVILLE, VA 20121 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>SMITH, T. DONNELL<br>705 GROVEWOOD LANE<br>LARGO, FL 33770 | | | Date Incurred:<br>Consideration for Claim:<br>EMPLOYMENT AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>SOKOLOUSKY, DAVID & SANDRA<br>C/O: WILLIS & WILLIS CO., LPA<br>670 WEST MARKET STREET<br>AKRON, OH 44303 | | | Date Incurred:<br>Consideration for Claim:<br>PENDING LITIGATION | X | X | X | Amount Unknown |
| Account No:<br>SOLOMON SMITH BARNEY, INC.<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | | | Date Incurred:<br>Consideration for Claim:<br>ADMINSTRATOR OF EMPLOYEE STOCK PURCHASE PLAN | | | | Amount Unknown |

Sheet no.  15  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page)  Subtotal ⇨ | $0.00

Total ⇨ | N/A

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: **NETBANK, INC.**

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>SRS-101 YGNACIO PLAZA<br>SRS DEVELOPMENT CO.<br>101 YGNACIO VALLEY RD., SUITE 303<br>WALNUT CREEK, CA  94596 | | | Date Incurred:   9/6/03<br>Consideration for Claim:<br>GUARANTY OF SUBSIDIARY REAL PROPERTY LEASE | X | X | | Amount Unknown |
| Account No:<br>STRASBURGER & PRICE LLP<br>PO BOX 849037<br>DALLAS, TX  75284-9037 | | | Date Incurred:<br>Consideration for Claim:<br>LEGAL SERVICES | | | | $455.00 |
| Account No:<br>TAYLOR, ROGER L.<br>3158 AYCLIFF COURT<br>SNELLVILLE, GA  30039 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| Account No:<br>THOMSON FINANCIAL<br>PO BOX 5136<br>CAROL STREAM, IL  60197-5136 | | | Date Incurred:<br>Consideration for Claim:<br>PROFESSIONAL FEES | | | | $1,351.55 |
| Account No:<br>TRINKLE, MARKY J.<br>1981 VILLAGE ROUND N.<br>MARIETTA, GA  30064 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $0.63 |
| Account No:<br>TRUSTEE OF 401K PLAN | | | Date Incurred:<br>Consideration for Claim: | | | | Amount Unknown |
| Account No:<br>TURNAGE, ROBERT J.<br>504 PERSIMMON TREE ROAD<br>LEXINGTON, SC  29072 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $2.45 |

(Total of this page)  Subtotal ⇨  $1,809.63

Total ⇨  N/A

Sheet no.  16  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re: NETBANK, INC.

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>UNITED PARCEL POST<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 | | | Date Incurred:<br>Consideration for Claim:<br>POSTAGE | | | | $45.00 |
| Account No:<br>WACHOVIA BANK, N.A.<br>C/O: FOLEY & LARDNER, LLP<br>500 WOODWARD AVENUE, STE. 2700<br>DETROIT, MI 48128 | | | Date Incurred:<br>Consideration for Claim: | X | X | X | Amount Unknown |
| Account No:<br>WEATHERSBEE, DONNA E.<br>9 N. LAKE POINTE DRIVE<br>COLUMBIA, SC 29229 | | | Date Incurred:<br>Consideration for Claim:<br>DEFERRED COMPENSATION | | | X | $5,258.88 |
| Account No:<br>WHEELER, DEBRA K.<br>1821 KINSALE DRIVE<br>ROANOKE, TX 76262 | | | Date Incurred:<br>Consideration for Claim:<br>CHANGE IN CONTROL AGREEMENT | | X | X | Amount Unknown |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __17__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Total of this page) Subtotal ⊏⊐     $5,303.88

Total ⊏⊐     $35,150,410.47

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G (10/05)

In re: **NETBANK, INC.**

Case No.  07-04295-JAF

Chapter   11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| MARSH LTD.(LLOYDS)<br>615 CRESCENT EXECUTIVE COURT<br>SUITE 300<br>LAKE MARY, FL 32746<br>Attention: C/O: MARSH USA, INC. | ALL RISK INSURANCE FOR PERIOD 10/1/06 to 10/1/07;  POLICY #QR 031306 (CHECK, DRAFT, ETC.). |
| HETHCOX, ALBERT H.<br>111 MOSSY LANE<br>COLUMBIA, SC 29045 | AMENDED & RESTATED CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| REGISTER, CHIP S.<br>208 WHITE BIRCH CIRCLE<br>COLUMBIA, SC 29223 | AMENDED & RESTATED CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| SHEPHERD, MATTHEW<br>2646 HAWTHORNE PLACE<br>ATLANTA, GA 30345 | AMENDED & RESTATED CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| EARLEY, DANIEL K.<br>144 GRANDBURY LANE<br>COLUMBIA, SC 29229 | AMENDED & RESTATED EMPLOYMENT  AGREEMENT DATED AS OF APRIL 1, 2007 |
| CLEMENTS, STEPHEN K.<br>4443 WINTHROP AVENUE<br>COLUMBIA, SC 29206 | AMENDED & RESTATED EMPLOYMENT  AGREEMENT DATED AS OF APRIL 1, 2007 |
| GALLOWAY, DWIGHT<br>123 WALNUT LANE<br>COLUMBIA, SC 29212 | AMENDED & RESTATED EMPLOYMENT  AGREEMENT DATED AS OF APRIL 1, 2007 |
| HART, PATRICIA M.<br>512 EAST SURFSPRAY LANE<br>PONTE VEDRA BEACH, FL 32082 | AMENDED AND RESTATED EMPLOYMENT AGREEMENT DATED AS OF APRIL 1, 2007 |

9    continuation sheet(s) attached

In re: **NETBANK, INC.**                                        Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NETBANK, INC. AND AFFILIATES<br>1015 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA  30005 | AMENDED AND RESTATED NETBANK, INC. INTER-COMPANY AGENCY AGREEMENT |
| ASSET LINK<br>4891 INDEPENDENCE STREET, SUITE 200<br>WHEAT RIDGE, CO  80033 | ASSET MANAGEMENT SERVICES AGREEMENT |
| MADDEN, RONALD<br>3084 BROOKGREEN TRAIL<br>LAWRENCEVILLE, GA  30043 | CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| SEILER, TRAVIS<br>1075 PEACHTREE WALK, NE, UNIT A213<br>ATLANTA, GA  30309 | CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| EVANS, PATRICIA A.<br>1729 CRESTWOOD DRIVE<br>COLUMBIA, SC  29205 | CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| CALLAHAM, CYNTHIA G.<br>205 LAKE CAROLINA BLVD.<br>COLUMBIA, SC  29229 | CHANGE IN CONTROL  AGREEMENT DATED AS OF APRIL 1, 2007 |
| BOSCH, WILLIAM<br>1400 HILLARY COVE TERRACE<br>LAWRENCEVILLE, GA  30043 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| DEVANEY, JOSEPH J.<br>217 TRAPPER TRACE COURT<br>JACKSONVILLE, FL  32259 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| DUCHNOWSKI, DANIEL<br>1029 BARRINGTON LANDING COURT<br>ROSWELL, GA  30076 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |

8    continuation sheet(s) attached

In re: NETBANK, INC.                                        Case No.    07-04295-JAF

                                                            Chapter     11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| GAVIN, DANIEL P. 277 GOVERNORS GRANT BLVD. LEXINGTON, SC 29072 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| MILLER, DONNA M. 16 ALLARD CIRCLE ASHLAND, MA 01721 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| RAXTER, JEREMY S. 248 WALDEN PLACE CIRCLE ELGIN, SC 29045 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| TAYLOR, ROGER L. 3158 AYCLIFF COURT SNELLVILLE, GA 30039 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| WHEELER, DEBRA K. 1821 KINSALE DRIVE ROANOKE, TX 76262 | CHANGE IN CONTROL AGREEMENT DATED AS OF APRIL 1, 2007 |
| GROSS, JAMES P. 59 MALLET HILL ROAD COLUMBIA, SC 29223 | CHANGE IN CONTROL AGREEMENT DATED AS OF JULY 1, 2007 |
| LIBERTY MUTUAL FIRE INSURANCE 175 BERKELEY STREET BOSTON, MA 02117 | COMMERCIAL AUTO LIABILITY INS. FOR PERIOD 6/1/07 - 6/1/08. POLICY #AS2-151-280714-047. |
| LIBERTY MUTUAL INS. CO. 175 BERKELEY STREET BOSTON, MA 02177 | COMMERCIAL GENERAL LIABILITY FOR PERIOD 6/1/07 - 6/1/08. POLICY #TB2-151-280714-037. |
| LIBERTY MUTUAL FIRE INS CO 175 BERKELEY STREET BOSTON, MA 02177 | COMMERCIAL PROPERTY INSURANCE FOR PERIOD 6/1/07 - 6/1/08 POLICY #YV2-K5L-280714-056 |

7   continuation sheet(s) attached

In re: NETBANK, INC.                                    Case No.    07-04295-JAF

                                                        Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. CO.<br>3475 PIEDMONT NE, SUITE 1200<br>ATLANTA, GA 30305-2988<br><br>Attention:  C/O: MARSH USA, INC. | COMMERCIAL UMBRELLA LIABILITY POLICY FOR PERIOD 6/1/07 TO 6/1/08; POLICY #AUC 913799701 |
| LIBERTY MUTUAL INSURANCE CO.<br>175 BERKELEY STREET<br>BOSTON, MA 02117 | COMPENSATION & EMPLOYERS LIABILITY POLICY # WA6-15D - 280714-017 FOR PERIOD 1/1/07 TO 1/1/08. |
| COMPUCOM SYSTEMS, INC.<br>7171 FOREST LANE<br>DALLAS, TX 75230 | COMPUTER SOFTWARE SUPPORT AGREEMENT DATED AS OF 5/6/05 |
| RODGERS, SUSAN F.<br>4911 ARAPAHOE AVE.<br>JACKSONVILLE, FL 32210 | CONSULTING AGREEMENT DATED AS OF 7/5/05 |
| TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 | COST CONTROL SERVICES AGREEMENT DATED AS OF 7/1/06 |
| EQUIFAX INFORMATION SERVICES, LLC.<br>1550 PEACHTREE ST., NW<br>ATLANTA, GA 30309<br><br>Attention:  BRENDA BRUNO | CREDIT REPORT SERVICE AGREEMENT DATED AS OF 4/3/03 |
| RAPID REPORTING VERIFICATION CO., LTD.<br>6628 BRYANT IRVIN<br>FORT WORTH, TX 76132 | CREDIT VERIFICATION SERVICE AGREEMENT DATED AS OF 4/18/06 |
| SPRINT SOLUTIONS, INC.<br>6575 THE CORNERS PKWY<br>NORCROSS, GA 30092 | CUSTOMER SERVICE AGEEMENT-WIRELESS PHONE SVCE. DATED AS OF 7/10/06 |
| HERBERT, STEVEN F.<br>342 AMSTAR ROAD<br>COLUMBIA, SC 29212 | EMPLOYMENT  AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006. |

6    continuation sheet(s) attached

In re: NETBANK, INC.                                    Case No.    07-04295-JAF

                                                        Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| GIAGIARI, JOHN C.<br>160 BRIAR PLACE<br>DANVILLE, CA 94526 | EMPLOYMENT AGREEMENT DATED AS OF 9/15/04. |
| BELLOWS, JOYCE R.<br>12935 LONGVIEW CIRCLE<br>JACKSONVILLE, FL 32223 | EMPLOYMENT AGREEMENT DATED AS OF APRIL 1, 2007 |
| SMITH, T. DONNELL<br>705 GROVEWOOD LANE<br>LARGO, FL 33770 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 1, 2006 |
| JOHNSON, RANDALL C.<br>4518 WOODMERE ROAD<br>TAMPA, FL 33609 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 1, 2006 |
| SMITH, NICOLE R.<br>14802 HICKORY POST COURT<br>CENTREVILLE, VA 20121 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 1, 2006 |
| MAPSON, CHARLES E.<br>908 PARKFOREST LANE<br>JACKSONVILLE, FL 32211 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006 |
| BRAUCH, THEODORE<br>24541 INDIAN MIDDEN WAY<br>PONTE VEDRA BEACH, FL 32082 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006 |
| McCOY, JERALD W.<br>4429 SWILCAN BRIDGE LANE NORTH<br>JACKSONVILLE, FL 32224 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006 |
| ROSS, WILLIAM M.<br>2701 FOREST CIRCLE<br>JACKSONVILLE, FL 32257 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006 |

5    continuation sheet(s) attached

In re: NETBANK, INC.

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| BURDSALL, RUSSELL L. <br> 13102 WEXFORD HOLLOW ROAD NORTH <br> JACKSONVILLE, FL 32224 | EMPLOYMENT AGREEMENT, AS AMENDED, DATED AS OF MARCH 14, 2006 |
| CHIOU, STEVEN <br> 2720 MARK TWAIN COURT <br> ARLINGTON, TX 76006 | EMPLOYMENT AGREEMENT DATED AS OF NOVEMBER 26, 2002 |
| AST STOCKPLAN, INC. <br> 333 WEST 34TH STREET <br> NEW YORK, NY 10001 | ESOP PLAN ADMINISTRATION AGREEMENT DATED AS OF 7/1/02 |
| LLOYDS <br> 615 CRESENT EXECUTIVE COURT <br> SUITE 300 <br> LAKE MARY, FL 32746 <br> **Attention:** C/O: MARSH USA, INC. | FINANCIAL INSTITUTION BOND & ELECTRONIC & COMPUTER CRIME, BANKERS PROFESSIONAL LIABILITY, D&O LIABILITY INS. & FIDUCIARY LIABILITY INS. POLICY #509/QA041306. |
| AMERICAN BANKERS INS. OF FLORIDA <br> 615 CRESENT EXECUTIVE COUR <br> SUITE 300 <br> LAKE MARY, FL 32746 <br> **Attention:** PPOPERTY PRACTICE | FLOOD INSURANCE FOR PERIOD 9/9/07 - 9/9/08. POLICY #1011183998 |
| DIGITAL ENVOY, INC. <br> 250 SCIENTIFIC DRIVE, SUITE 800 <br> NORCROSS, GA 30092 | FRAUD SOFTWARE LICENSE AGREEMENT DATED AS OF 1/1/05 |
| SYSTEM TEC, INC. <br> 246 STONERIDGE DRIVE <br> SUITE 301 <br> COLUMBIA, SC 29210 | IT SUPPORT SERVICES AGREEMENT DATED AS OF 9/12/05 |
| DEFENDER SERVICES, INC <br> 9031 GARNERS FERRY ROAD <br> COLUMBIA, SC 29209 | MAINTENANCE AGREEMENT DATED AS OF 10/19/05 |
| SIX CONTINENTS HOTELS, INC. <br> 3 RAVINIA DR., SUITE 100 <br> ATLANTA, GA 30346-2149 <br><br> **Attention:** INTERCONTINENTAL HOTELS GROUP | MARKETING AGREEMENT DATED AS OF 2/9/05 |

4     continuation sheet(s) attached

In re: NETBANK, INC.

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NCR CORPORATION<br>1170 S. PATTERSON BLVD.<br>DAYTON, OH 45479 | MARKETING AGREEMENT DATED AS OF 3/23/04 |
| HEWLETT-PACKARD FINANCIAL SERVICES CO.<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | MASTER LEASE & FINANCING AGREEMENT #100738 FOR COMPUTER & COPYING EQUIPMENT |
| OUTPUT SERVICES GROUP<br>100 WEST FOREST AVE., SUITE G<br>ENGLEWOOD, NJ 07631<br><br>**Attention:** JESSE JOHNSON | OSG PRINT & MAIL FULFILLMENT SERVICES AGREEMENT |
| CERIDIAN<br>521 EAST MOREHEAD STREET, STE. 400<br>CHARLOTTE, NC 28202 | PAYROLL SERVICES AGREEMENT DATED AS OF 10/10/03 |
| LIME FINANCIAL SERVICES, LTD<br>5885 S.W. MEADOWS ROAD, SUITE 600<br>LAKE OSWEGO, OR 97035<br><br>**Attention:** WILSON W. McDONALD, ESQ. | PERSONNEL PLACEMENT AGREEMENT, DATED 11/3/06. |
| AT&T CORP<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ 08807 | PHONE & DSL SERVICE AGREEMENT DATED AS OF 4/7/05 |
| FLUX CORP.& FINANCIAL TECHNOLOGIES, INC.<br>1597 AVENUE D, SUITE 7<br>BILLINGS, MT 59102 | PRODUCT LICENSE AGREEMENT(SOFTWARE LICENSE) |
| SUNGARD RECOVERY SERVICES, INC.<br>1285 DRUMMERS LANE<br>WAYNE, PA 19087 | RECOVERY SERVICE & SOFTWARE LICENSING AGREEMENT DATED AS OF 5/18/01 |
| GILMORE ST. INVESTORS, LTD. LESSOR<br>751 OAK ST., SUITE 600<br>JACKSONVILLE, FL 32204<br><br>**Attention:** SKYLINE REALTY SERVICES, INC. | RIVERSIDE PARK (OFFICE LEASE) FOR 751 OAK ST., SUITE 503, JACKSONVILLE, FLORIDA, DATED AS OF JULY 6, 2006 |

3    continuation sheet(s) attached

In re: **NETBANK, INC.**

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| PAYTECH, INC.<br>7720 EAST BELLEVIEW AVENUE, SUITE 220B<br>GREENWOOD VILLAGE, CO  80111 | SERVICE AGREEMENT |
| SHRED-IT USA, INC.<br>2794 SO. SHERIDAN WAY<br>OAKVILLE, ONTARIO L6J 7T4 CANADA<br>L6J7T4 | SHRED-IT MASTER SERVICE AGREEMENT(SHREDDING SERVICES) DATED AS OF 10/20/03 |
| FIRST AMERICAN CREDCO<br>12395 FIRST AMERICAN WAY<br>POWAY, CA  92064<br><br>**Attention:**  MARK CATONE | SOFTWARE LICENSE AGREEMENT DATED AS OF 11/06/03 |
| COMMERCE VELOCITY, INC.<br>19900 MACARTHUR BLVD.<br>IRVINE, CA  92612<br><br>**Attention:**  STEVE OGDEN, VP | SOFTWARE LICENSE AGREEMENT DATED AS OF 11/6/03 |
| SYNTRIO, INC.<br>555 HOWARD STREET<br>SAN FRANCISCO, CA  94105 | SOFTWARE LICENSE AGREEMENT DATED AS OF 2/8/06 |
| LAWTRAC DEVELOPMENT CORP.<br>185 MONTAGUE STREET<br>BROOKLYN, NY  11201 | SOFTWARE LICENSING AGREEMENT DATED AS OF 11/12/02 |
| INFORMATICA CORPORATION<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA  94063 | SOFTWARE LICENSING AGREEMENT DATED AS OF 4/29/03 |
| INTERVOICE, INC.<br>17811 WATERVIEW PARKWAY<br>DALLAS, TX  75252 | SOFTWARE LICENSING AGREEMENT DATED AS OF 4/30/03 |
| KNOW-WHERE SYS., INC.<br>1722 CHENEY DRIVE<br>SAN JOSE, CA  95128 | SOFTWARE LICENSING AGREEMENT DATED AS OF 5/9/01 |

2     continuation sheet(s) attached

In re: NETBANK, INC.

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| LT ONLINE CORP.<br>50 CHARLES I LINDBERGH BLVD.<br>UNIONDALE, NY 11553 | SOFTWARE LICENSING AGREEMENT DATED AS OF 6/27/07 |
| MINDBOX, LLC.<br>300 DRAKE'S LANDING, SUITE 155<br>GREENBRAE, CA 94904 | SOFTWARE LICENSING AGREMENT/CONSULTING SERVICES AGREEMENT DATED AS OF 7/27/04 |
| POSSIBLENOW.COM<br>1000 PEACHTREE INDUSTRIAL BLVD.<br>SUITE 6-325<br>SUWANEE, GA 30024 | SOFTWARE SERVICES AGREEMENT DATED AS OF 6/6/05 |
| IDATIX CORP.<br>15201 ROOSEVELT BLVD., SUITE 104<br>CLEARWATER, FL 33760 | SOFTWARE SUPPORT AGREEMENT DATED AS OF 7/22/05 |
| RANDSTAD US, L.P.<br>2015 SOUTH PARK PLACE<br>ATLANTA, GA 30339<br><br>Attention:  STEVEN J. WHITEHEAD | STAFFING SERVICES AGREEMENT DATED AS OF 3/1/06 |
| SOLOMON SMITH BARNEY & NETBANK, INC.<br>338 GREENWICH STREET<br>NEW YORK, NY 10013 | STOCK OPTION PLAN SERVICES AGREEMENT |
| SHAREHOLDER.COM<br>12 CLOCK TOWER PLACE<br>MAYNARD, MA 01754<br><br>Attention:  C/O: J.R. MASTROIANNI | SUBSCRIBER AGREEMENT, DATED 12/11/06 - WEB DESIGN AND HOSTING. |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>180 WASHINGTON VALLEY ROAD<br>BEDMINISTER, NJ 07921 | VERIZON WIRELESS AGREEMENT |
| VERIZON WIRELESS<br>30 INDEPENDENCE BLVD.<br>WARREN, NJ 07059 | VERIZON WIRELESS AGREEMENT |

1   continuation sheet(s) attached

In re: NETBANK, INC.

Case No.    07-04295-JAF

Chapter    11

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| STROHL SYSTEMS<br>631 PARK AVENUE<br>KING OF PRUSSIA, PA  19406 | WEB HOSTING AND DESIGN CONSULTING AGREEMENT DATED AS OF 10/29/03 |

0    continuation sheet(s) attached

Form B6H (10/05)

In re: **NETBANK, INC.**

Case No.   07-04295-JAF

Chapter   11

Debtor

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight  years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MARKET STREET MORTGAGE<br>2650 McCORMICK DRIVE<br>CLEARWATER, FL 33759 | LIBERTY MUTUAL INS. COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA  02117 |
| MERITAGE MORTGAGE CORPORATION<br>7215 FINANCIAL WAY<br>JACKSONVILLE, FL 32256 | McDONALD, WILSON W.<br>LIME FINANCIAL SERVICES<br>5885 S.W. MEADOWS ROAD, SUITE 600<br>LAKE OSWEGO, OR  97035 |
| NETBANK FSB<br>1015 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA  30005 | EVERBANK<br>CORPORATE HEADQUARTERS<br>501 RIVERSIDE AVENUE<br>JACKSONVILLE, FL  32202 |
| NETBANK FSB<br>1015 WINDWARD RIDGE PARKWAY<br>ALPHARETTA, GA  30005 | PAYMENT ALLIANCE INTERNATIONAL<br>11857 COMMONWEALTH DRIVE<br>LOUISVILLE, KY  40299-2310 |

0   continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Jacksonville Division

In re:                                    Chapter 11
NETBANK, INC.                             Case Number: 07-04295-JAF
Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 37 sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____    Signature: _____

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. § 110)
    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                             (Required by 11 USC § 110)

_____

Address                          Tel . No.

Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**
I, Steve Herbet  CEO  of the , named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 37 sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 10/09/07          Signature: _____
                        Name: CEO Netbank Inc
                        Title: Steven Herbert

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.